IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY GERALD GABRY,

    Plaintiff,

v.

CROSS RIVER BANK,

    Defendant.

CIVIL ACTION NO.

1:18-CV-05266-SCJ-CMS

## **FINAL REPORT AND RECOMMENDATION**

On November 21, 2018, I issued an order granting Plaintiff Anthony Gerald Gabry's ("Plaintiff") request for leave to proceed in forma pauperis and requiring Plaintiff to file an amended complaint by December 7, 2018 if he wished to pursue his claims in this lawsuit. [Doc. 2]. The deadline set forth in the order has passed, and Plaintiff has not filed an amended complaint or otherwise indicated that he wishes to pursue the instant action.

Accordingly, I **RECOMMEND** that this action be **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(b); LR 41.3(A)(2), NDGa.; see also Betty K Agencies, Ltd. v. M/V MONADA, 432 F.3d 1333, 1337 (11th Cir. 2005) (stating that a district court may sua sponte dismiss a case under the authority of either Rule 41(b) or the court's inherent power to manage its docket).

**SO REPORTED AND RECOMMENDED**, this 14th day of December, 2018.

_____
Catherine M. Salinas
United States Magistrate Judge